ACCEPTED
14-15-00223-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/16/2015 6:45:48 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-15-00223-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/16/2015 6:45:48 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE FOURTEENTH COURT OF APPEALS

## HOUSTON, TEXAS

## IN RE KATHERINE MILLIKEN

## RELATORS

## PETITION FOR WRIT OF MANDAMUS

On Petition For A Writ Of Mandamus From Cause No. 2011-68872
From The 215th Judicial District Court of Harris County, Texas
(The Honorable Judge Elaine Palmer)

Katherine Milliken
P.O. Box 131454
Houston, Texas 77219
Telephone: (713) 775-6874

PRO SE

## IDENTITY OF PARTIES AND COUNSEL

<u>Relators:</u>
Katherine Milliken

<u>Respondent:</u>
Honorable Judge Elaine Palmer sitting for 215th District Court Harris County, Texas.

<u>Real Parties in Interest:</u>
Michael Turoff

<u>Counsel for Relator Katherine Milliken:</u>

Katherine Milliken
P.O. Box 131454
Houston, Texas 77219
Phone: 713-775-6874

Pro Se

## TABLE OF CONTENTS

STATEMENT OF THE CASE.................................................................5

STATEMENT OF JURISDICTION......................................................... 6

ISSUES PRESENTED........................................................................7

STATEMENT OF FACTS....................................................................8

SUMMARY OF ARGUMENT................................................................9

ARGUMENT...................................................................................10

I.  MANDAMUS RELIEF IS PROPER.....................................................10

II. THE TRIAL COURT DEPRIVED RELATORS OF THEIR RIGHTS UNDER THE OPEN COURT

PROVISIONS AND THE UNITED STATES CONSTITUTION.

III. PRAYER....................................................................................11

# TABLE OF AUTHORITIES

## STATE CASES

## STATEMENT OF THE CASE

The original proceeding seeks to remedy serious denials of due process and substantive violations of the United States and Texas Constitutions that have denied the Relator equal protection under the law.

On May 2, 2014, Plaintiff Katherine Milliken deposited $25,921.68 in the Court's Registry pending appeal. *(See Exhibit 1)* On May 2, 2014, Katherine Milliken filed for and was granted a Temporary Restraining Order against Michael Turoff and his attorney Michael West. Turoff and West had attempted to illegally sell a commercial property owned by Katherine Milliken. The Court ruled that Michael Turoff and his attorney Michael West were to cease all illegal activities, granted Katherine Milliken's Motion for a TRO and scheduled the Injunction hearing for May 16, 2014 in the 270th Judicial Court of Harris County, Texas. On May 16, 2014, the hearing was held and the Court granted the Injunction. The Injunction stated that Michael West and Michael Turoff were prohibited from attempting to remove the funds deposited by Katherine Milliken in the Court Registry until such time that the entire appellate process has been exhausted. The entire appellate process includes the Supreme Court of the United States. *(See Exhibit 2)*

In violation of the Injunction Order Michael Turoff filed a Motion to withdraw the funds and/or have the funds released from the Registry of the Court. Turoff set a hearing for February 27, 2015. On February 27, 2015 Katherine Milliken presented the court her Notice of Appeal to the Supreme Court of the United States and provided the Court supporting documentation regarding the Injunction that was granted on May 16, 2014. The Judge passed the hearing and reset the hearing for 8:30 a.m. March 13, 2015. On March 13, 2015 Katherine Milliken appeared for the hearing at 8:30 a.m. The opposing counsel and Judge appeared for the hearing almost 1 hour late. The Judge and opposing counsel Michael West did not offer an apology or explanation for their late arrival.

Katherine Milliken presented evidence that she had filed Notice of Appeal to the Supreme Court of the United States and showed the Court the packet Milliken had received from the U.S. Supreme Court. Milliken showed the Court that her deadline for filing her Writ of Certiorari is April 29, 2015. In addition, Milliken stated that if the Court granted the Order releasing

and illegally granted the Order to release Milliken's Milliken's funds from the court registry that the Order would be a violation of the Injunction that was granted on May 16, 2014. The Court ignored Milliken's evidence and testimony andwrongfully funds to Michael West and Michael Turoff. (*See Exhibit 3*)

In addition, Katherine Milliken had filed a Motion for Contempt of Court. The Court ignored Milliken's Motion and told Milliken that if she wanted to stop Michael Turoff and Michael West from removing her funds from the registry of the court that Milliken would have to hurry up and file the Writ of Certiorari. The Court committed error when in violation of the Injunction the Court ruled to release the funds. The Injunction Order specifically states: "Ordered that the Harris County District Clerk shall retain the said $25,921.68 in the Court's Registry until further Order of this Court." This Court is the 270th Judicial Court not the 215th Judicial Court.

## STATEMENT OF JURISDICTION

This Court has jurisdiction to grant this petition for writ of mandamus under Section 22.22(b) of the Texas Government Code.

## ISSUES PRESENTED

1.  Whether Respondent violated Texas and United States Constitutional rights by entering an order without holding a full adversary hearing and making individualized findings of fact.

2.  Whether Respondent erred as a matter of law by ignoring the Injunction granted Milliken on May 16, 2014 that prohibited Turoff from attempting to withdraw the funds from the Court's Registry until the appellate process was exhausted.

3.  Whether Respondent erred as a matter of law by signing the Order to release the funds when Milliken has filed her Notice of Appeal to the Supreme Court of the United States and has until April 29, to file her Writ of Certiorari.

4.  Whether Respondent erred in denying Milliken equal protection under the Constitution when there is no precedence for Michael West attorney for Turoff to testify before the Court that Katherine Milliken has no right to appeal to the Supreme Court of the United States.

## STATEMENT OF FACTS

On May 16, 2014 Katherine Milliken was granted an Injunction that prohibited Michael Turoff and/or Michael West from attempting to withdraw the funds deposited by Milliken from the Court's Registry. The case no. 14-13-00710 CV is presently on appeal to the Supreme Court of the United States. Katherine Milliken filed her Notice of Appeal in a timely manner and she has until April 29, 2015 to file the Writ of Certiorari.

The Court ignored the Injunction and ruled in error granting Michael Turoff and Michael West the ability to withdraw the funds immediately. Michael Turoff and Michael West should have been found in contempt of Court for filing the Motion To Withdraw The Funds in violation of the Court Ordered Injunction that specifically speaks to the fact that the funds will not be released until the appellate process has been exhausted.

## SUMMARY OF ARGUMENT

Ostensibly, the hearing's purpose was to determine if the case is on appeal and within the appellate dates and guidelines. The appellate process will not be exhausted until April 29, 2015 if Katherine Milliken does not file the Writ of Certiorari in a timely manner. If the Writ of Certiorari is filed prior to April 29, 2015 the appellate process will continue until such time that the Supreme Court of the United States makes a ruling.

## ARGUMENT

### I.  MANDAMUS RELIEF IS PROPER

Mandamus is proper to correct an error of law of a clear abuse of discretion where an appellate remedy is unavailable or inadequate.  **In re *Prudential. 148.S.W. 3d124. 136 (Tex. 2004).*** *The* Texas Supreme Court has made it clear in recent years that the remedy should be more freely available, particularly where an important legal issue is involved. *Id.*

### II. THE TRIAL COURT DEPRIVED RELATOR OF HER RIGHTS UNDER CONSTITUTIONAL LAW

Realtor is guaranteed equal protection under the State and United States Constitution.

#### A.  The Hearing of March 13, 2015  Denied Relator Due Process.

The Court denied the Relator due process when it prevented her from meaningful participation in the hearing.

## PRAYER

Relator prays that the Court grant this Petition and order Respondent to vacate the Order that grants the release of the funds from the Court Registry. In addition, Relator prays that the Court uphold the Injunction that was granted Katherine Milliken on May 16, 2014 and award all other relief as the Court deems just and proper.

Respectfully submitted,

Katherine Milliken
P.O. Box 131454
Houston, Texas 77219
Phone: 713-775-6874

PRO SE

-11-

## VERIFICATION

Before me, came Katherine Milliken, who being a person known to me stated that she has read the foregoing petition and the facts stated within that are not verified by the record are true and correct to the best of her knowledge, and the exhibits filed separately in an appendix to this petition are true and correct copies of the original documents.

**SWORN TO BEFORE ME ON THIS** 13th day of March, 2015

_____
Katherine Milliken


_____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on counsel Michael

West via United States Certified Mail, Return Receipt Requested.

_____
Katherine Milliken

## APPENDIX

1. Receipt of Deposited Funds

2. Order Granting Injunction

3. Order For Withdrawal of Funds From The Court Registry

Tues/Wed - Clear

Court Order - Can
be taken out

2/7/14 - withdrawn
Order -

Not a bond -

County Auditor's Form/9999A
Harris County, Texas (Rev. 04/01)

90 NO. 13804

**Official Receipt**

**CHRIS DANIEL DISTRICT CLERK**

Trans ID: 207292572          Court 215

Action - CRS Principal Deposit

Style     PLT: TUROFF, MICHAEL
          DEF: MILLIKEN, KATHERINE

Case: 201168972-7

| Fee | Description |
|-----|-------------|
| 910 | PRINCIPAL |

Comment:

Amount          Payment - Cashiers Check          $25,921.68
$25,921.68      Amount Tendered                   $25,921.68
                Payment Amount                    $25,921.68
                Amount Applied                   -$25,921.68
                Change Amount                     $0.00

Received    MILLIKEN, KATHERINE

$226,642

TWENTY-FIVE THOUSAND NINE HUNDRED TWENTY ONE AND 68/100
Dollars

File Date 11/15/2011

Payment Date
Payment Date 2/7/2014
Received BY TIWANA, DONNA M
Validated 2/7/2014          By BURNETT, MONICA P

CUSTOMER COPY



EXHIBIT 1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

P-2

CAUSE NO. 2014-24796

KATHERINE MILLIKEN                §        IN THE DISTRICT COURT OF
                                  §
vs.                               §        HARRIS   COUNTY,   TEXAS
                                  §
MICHAEL WEST, et al.              §        270TH JUDICIAL DISTRICT

ENtX

### ORDER ON SUPERSEDEOUS BOND
### PENDING APPEAL

BE IT REMEMBERED that on May 16, 2014, Plaintiff, Katherine Milliken's request for Temporary Injunction was considered by the Court. Based upon agreement of the parties present, the Court

ORDERS, ADJUDGES and DECREES that the $25,921.68, currently in the Court's Registry, which was deposited by Katherine Milliken on or about May 2, 2014, and which is reflected in the Harris County District Clerk's Official Receipt No. 13804, shall remain in the Court's Registry, until further Order of this Court.

The said $25,921.68 plead into the registry of the court in lieu of ~~shall serve as~~ a supersedous bond, pending the appeal of the Judgment process rendered on or about May 13, 2013 in favor of Michael Turoff in Cause No. 2011-68872, pending in the 215th Judicial District Court, and which is currently on appeal in the Fourteenth Court of Appeals. Therefore, neither Michael Turoff nor his agent/attorney shall make any further attempts to collect on the said Judgment rendered in his favor under Cause No. 2011-68872, pending in the 215th Judicial District Court, until further Order of this Court It is further

ORDERED that the Harris County District Clerk shall retain the said $25,921.68 in the Court's Registry until further Order of this Court.

Signed this May 16, 2014.

_____
Honorable Brent Gamble, Judge Presiding

_____
KATHERINE MILLIKEN

_____ by permission

EXHIBIT 2

2/2/2015 9:41:17 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 3978031
By: SPENCER, JEANETTA
Filed: 2/2/2015 9:41:17 AM

CAUSE NO. 2011-68872

| | | |
|---|---|---|
| MICHAEL TUROFF | § | IN THE DISTRICT COURT OF |
| | § | |
| vs. | § | 215TH JUDICIAL DISTRICT |
| | § | |
| | § | |
| KATHERINE MILLIKEN | § | HARRIS COUNTY, TEXAS |

## ORDER

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Chris Daniel, District Clerk of Harris County, Texas pay over and deliver to Michael Turoff, the principal sum of Twenty Five Thousand, Nine Hundred Twenty-One and 68/100 ($25,921.68), plus any accrued interest thereon held in the Registry of this Court for his account pursuant to the Final Judgment rendered in this case, and any Orders of this Court issued thereunder; and that the District Clerk shall be relieved and held harmless from any and all liability arising in connection with such account upon taking Applicant's Receipt therefore.

Signed on this __13TH__ day of ~~February~~, MARCH 2015.

**HONORABLE ELAINE PALMER,**
PRESIDING JUDGE

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

EXHIBIT 3